IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 911 NOTIFY, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>GREATCALL, INC.,<br><br>        Defendant. | C.A. No. 13-274-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of settlement between the parties, Plaintiff 911 Notify, LLC ("911 Notify") and Defendant GreatCall, Inc. ("GreatCall") hereby stipulate to the dismissal of 911 Notify's claims against GreatCall and GreatCall's counterclaims against 911 Notify with prejudice.  Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Stephen B. Brauerman*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (sb5938)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>Marc A. Fenster<br>Benjamin T. Wang<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474<br>mfenster@raklaw.com<br>bwang@raklaw.com | */s/ James L. Higgins*<br>Adam W. Poff (No. 3990)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>jhiggins@ycst.com<br><br>David E. Sipiora<br>John D. Cadkin<br>Kilpatrick, Townsend & Stockton LLP<br>1400 Wewatta Street, Suite 600<br>Denver, CO 80202<br>(303) 571-4000<br><br>**ATTORNEYS FOR DEFENDANT GREATCALL, INC.** |

1

**ATTORNEYS FOR PLAINTIFF**
**911 NOTIFY, LLC**

      IT IS SO ORDERED, this _____ day of _____, 2014.

                                                          _____
                                                          The Honorable Leonard P. Stark
                                                          United States District Judge